IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Magistrate's No. 07-401M |
| ) | |
| MAX RAY BUTLER ) | |

## MOTION TO UNSEAL COMPLAINT AND ARREST WARRANT

AND NOW, comes the United States of America, by its attorneys, Mary Beth Buchanan, United States Attorney for the Western District of Pennsylvania, and Luke E. Dembosky, Assistant United States Attorney for said district, and sets forth the following:

On September 4, 2007, a Complaint was filed and an Arrest Warrant was issued in the above-captioned case.

The Complaint, Arrest Warrant and Affidavit were then ordered sealed pending arrest of the above-captioned individual.

WHEREFORE, this Honorable Court is respectfully requested to unseal the said Complaint and Arrest Warrant due to the fact that the Arrest Warrant has been executed, and there is no further need for the Complaint and Arrest Warrant to remain sealed.

Respectfully submitted,

MARY BETH BUCHANAN
United States Attorney

By: LUKE E. DEMBOSKY
Assistant U.S. Attorney
PA ID No. 75596