IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Crim Action No. 07-332 |
| | ) |
| MAX RAY BUTLER, | ) |
| | ) |
| Defendant. | ) |

## ORDER

AND NOW, this **30** day of December, 2008, it is hereby ORDERED, ADJUDGED, AND DECREED that the Complaint in the above-captioned case [Doc. ## 1 and 5] is to be placed under seal and that this pleading is to remain sealed for the next 20 years.

*Maurice B. Cohill, Jr.*
Maurice B. Cohill, Jr.
Senior District Court Judge