# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| ) | |
| vs. ) | CR NO. 07-332 |
| MAX RAY BUTLER ) | |
| a/k/a MAX RAY VISION ) | |
| ) | |
| Defendants ) | |

**HEARING ON** Sentencing

Before Maurice B. Cohill, Jr.

Luke Dembosky, AUSA    Michael Novarra, AFPD

Appear for Plaintiff    Appear for Defendant

Hearing Begun: 2/12/2010, 10:30 a.m.    Court Reporter: Virginia Pease

Concluded: 2/12/2010 11:00 a.m.

**Witnesses**

Calculated Guidelines: 42/IV; 360 to life; SR 3-5; fine $25,000-1,000,000; Restitution of $27.5 million; Special Assessment of $200.

Government has filed a motion motion for a reduction in sentence pursuant to section 5K1.1 of the sentencing guidelines based on the defendant's substantial assistance.

After consulting the Sentencing Guidelines and considering the parties' arguments concerning the factors enumerated in 18 U.S.C. § 3553(a) and the government's motion under section 5K1.1 of the Guidelines, Defendant is sentenced to 156 months' imprisonment; supervised release of 5 years; restitution of $27,500,000 (interest on rest. waived) to be paid to victims identified by further order of Court; government shall establish an escrow account for payment of the funds ; special assessment of $200; fine is waived. Court will recommend to Bureau of Prisons placement at the Federal Prison Camp in Sheridan, Oregon, or another facility at Sheridan, Oregon.