IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 07-332 |
| ) | |
| MAX RAY BUTLER, ) | |
| a/k/a Max Ray Vision ) | |

**MOTION FOR LEAVE TO FILE A DOCUMENT UNDER SEAL**

AND NOW comes the United States of America by its attorneys, David J. Hickton, United States Attorney for the Western District of Pennsylvania, and Paul E. Hull, Assistant United States Attorney for said district, and respectfully moves the Court to issue an Order directing that the Government may file a sealed document in the above-captioned case, said document to remain sealed pending further Order of Court.

    Respectfully submitted

    DAVID J. HICKTON
    United States Attorney


    s/ Paul E. Hull
    PAUL E. HULL
    Assistant U.S. Attorney
    U.S. Post Office and Courthouse
    700 Grant Street
    Suite 4000
    Pittsburgh, Pennsylvania 15219
    (412) 644-3500 (Phone)
    (412) 644-2645 (Fax)
    paul.hull@usdoj.gov
    PA ID No. 35302