IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

United States of America )
 )
vs. ) Criminal Number 07-332-001
 )
MAX RAY BUTLER )

The above named defendant satisfied the judgment of FEBRUARY 12, 2010 by paying on DECEMBER 13, 2010 the full balance due on his/her court ordered:

    __X__ Assessment
    _____ Fine
    _____ Costs
    _____ other

The Court's docket and judgment index should be marked to reflect satisfaction of the judgment.

_____  ___1-25-11___
Deputy Clerk                               Date


